

<table>
<tr><td>ZACHARY W. CARTER<br>*Corporation Counsel*</td><td align="center">THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601</td><td align="right">YUVAL RUBINSTEIN<br>Labor and Employment Law Division<br>Telephone: (212) 356-2467<br>Fax No.: (212) 356-2439<br>E-mail: yrubinst@law.nyc.gov</td></tr>
</table>

January 12, 2018

**By ECF**

Honorable Laura Taylor Swain
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

        Re:   Raymond v. The City of New York, et al.
                15 CV 6885 (LTS)(HBP)

Dear Judge Swain:

      I am the Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to defend the above-captioned action. With the consent of plaintiffs' counsel, I am writing to jointly request an adjournment of the initial conference currently scheduled for Friday, January 19, 2018 at 10:45 a.m. This is the parties' seventh request to adjourn the initial conference, and all prior requests have been granted.

      By Memorandum Opinion and Order dated March 6, 2017, this Court dismissed the Amended Complaint and gave plaintiffs permission to file a motion for leave to replead several claims for relief. Dkt. No. 60. The parties have fully briefed plaintiffs' motion to replead, which is pending decision. The parties believe that they will be in a much better position to prepare a Preliminary Pre-Trial Statement and participate in a pre-trial conference after the Court rules on the pending motion.

      Thank you for your consideration.

- 2 -

                                                Respectfully submitted,

                                                /s/

                                                Yuval Rubinstein
                                                Assistant Corporation Counsel

cc:      Emeka Nwokoro, Esq. (By ECF)