UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                        Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted a telephone conference today, November 25, 2019, regarding the parties' outstanding discovery disputes, particularly Plaintiffs' request to compel specific discovery (ECF No. 148). The Court finds as follows:

(1) Regarding Plaintiffs' request for emails, Defendants' counsel is directed to email Plaintiffs' counsel a list of the search terms, date ranges, and custodians used in their search. Plaintiffs' request is otherwise denied.

(2) Regarding the text messages from Defendants Christopher McCormack and Constantin Tsachas' New York City Police Department-provided cell phones, by **Friday, December 6, 2019**, Defendants' counsel is directed provide, on a confidential basis consistent with the protective order in this action, to Plaintiffs' counsel the cell phones' subscriber, service provider, phone numbers, and an authorization to obtain phone records from the service provider. Plaintiffs' request is otherwise denied.

(3) Regarding Plaintiffs' supplemental set of document requests, dated July 21, 2019, the only outstanding dispute involves Request No. 25 seeking the Central Personnel

Index ("CPI") for Andrew Hatki, Jonathan Blatt, Tameika, Goode, and Martine Materaso.  Based on Defendants' representation that the CPI does not contain information relating to discrimination based on race or national origin, the Court sustains Defendants' objection to Request No. 25, and DENIES Plaintiffs' motion to compel as to Request No. 25.

Dated:      New York, New York
              November 25, 2019

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**