UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                            Plaintiffs,

        against

THE CITY OF NEW YORK, et al.,

                            Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been pending since 2015.  (ECF No. 1).  The current fact discovery deadline

is January 10, 2020 (ECF No. 144), but the parties seem to be stalled in discovery.  Pending

before the Court is Plaintiffs' motion to compel and for sanctions (ECF No. 126), but on

December 2, 2019, Plaintiffs filed a letter-motion for a discovery conference (ECF No. 151),

anticipating a second motion to compel and for sanctions on related matters.  This comes just

after the Court held a conference on November 25, 2019 (ECF No. 149), to resolve outstanding

discovery disputes not raised in Plaintiffs' motion to compel at ECF No. 126.

To productively and efficiently move the case to the end of fact discovery, Plaintiffs are

**ORDERED** to file, by **Friday, December 13, 2019**, a new motion to compel and for sanctions,

encompassing all allegations laid out in ECF Nos. 126, 150, and 151, limited to fifteen (15)

pages.  Defendants' response, also limited to fifteen (15) pages must be filed by **Monday,**

**December 30, 2019**.  Plaintiffs' reply, if any, limited to seven (7) pages, must be filed by

**Tuesday, January 7, 2020**.

Accordingly, Plaintiffs' Letter-Motion to file a new motion for sanctions (ECF No. 150) is

granted; Letter-Motion for a discovery conference (ECF No. 151) is denied; and Letter-Motion

to compel and for sanctions (ECF No. 126) is terminated as moot.  All discovery deadlines are

adjourned <u>sine</u> <u>die</u>.

The Clerk is respectfully directed to close ECF Nos. 126, 150, and 151.


Dated:      New York, New York
            December 3, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**