UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDREWEENE RAYMOND, et al., <br><br> Plaintiffs, <br><br> against <br><br> THE CITY OF NEW YORK, et al., <br><br> Defendants. | CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' joint Letter-Motion to seal documents (ECF No. 153) is GRANTED. Plaintiffs are ordered to file the unredacted copies of Exhibits Y and V of their expected motion to compel and for sanctions (**due today, December 13, 2019**) under seal with the Clerk of Court.

The Clerk of Court is respectfully directed to close ECF No. 153.

Dated: New York, New York
December 13, 2019

SO ORDERED

*[signature: Sarah Cave]*

_____
**SARAH L. CAVE**
**United States Magistrate Judge**