# NWOKORO & SCOLA, ESQUIRES

30 Broad Street, Suite 1424
NEW YORK, NY 10004

TEL: 212.785.1060                                              FAX: 212.785.1066

March 9, 2020

**VIA ECF**
Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

          Re:    Raymond v. City of New York et al.
                Docket No.: 1:15-CV-06885

Dear Judge Cave,

     I represent the Plaintiffs in the above reference matter. I write to the Court to respectfully permit my absence from the conference tomorrow in the above referenced matter. I am currently actually engaged on trial tomorrow in Kings County Supreme Court before Judge Mark Partnow, in the case of Eaton v. Fiotos, Index Number 189/2014. Jury Selection on that matter commenced on February 25, 2020, and it was anticipated that this matter would already be concluded, however, due to the non-availability of trial judges, although jury selection was concluded by February 27, 2020, Judge Partnow was only assigned today, March 9, 2020 and trial commenced today.

     I apologize for the short notice to the Court. The Court's ruling directing the presence of both partners at all conferences was received during the pendency of this trial and I did not anticipate that the trial would last as long as it has. Defendant's counsel consents to this application. Mr. Rubenstein was kind enough to respond after business hours and consent to the conference proceeding with Mr. Scola tomorrow. I would like to inform the Court that the remainder of discovery in the above referenced matter will be handled by Mr. Scola, exclusively. As such I respectfully request that the Court permit my absence from tomorrow's conference and for that matter to proceed with Mr. Scola presence or in the alternative adjourn the conference to a date that is convenient for the Court.

     I thank the Court for its time and consideration with this matter.

> Attorney Emeka Nwokoro's Letter-Motion to permit his absence from the conference scheduled for today, March 10, 2020, (ECF No. 179) is GRANTED. The Clerk of Court is respectfully directed to close ECF No. 179.
>
> SO-ORDERED 3/10/2020

Very truly yours,

/s/

Emeka Nwokoro, Esq.

_____
SARAH L. CAVE
United States Magistrate Judge