UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for **Tuesday, March 24, 2020 at 12:00** pm will now be held on the Court's conference line. The Parties are directed to call 866-390-1828, access code 3809799, at the scheduled time.

Dated:    New York, New York
           March 16, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**