UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

            Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

            Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has considered the parties' positions regarding certain discovery issues as set forth in their joint letter (ECF No. 184), and rules as follows:

1. ESI Search Terms: The City is Ordered to search "Gonzalez" within 25 words of "PC."

2. Deposition of Sergeant Tameika Goode: Plaintiffs may question Sergeant Goode about Plaintiff Ritchie Baez's complaint with the New York Police Department's Office of Equal Employment, and Defendants may reopen Plaintiff Baez's deposition for one hour to ask him about the same complaint.

3. Plaintiffs' March 3, 2020 Document Requests:

    a. Plaintiffs' Request No. 14, for discovery related to "the extensive work the NYPD did as to how their evaluations were faulty following the Floyd Trail" is DENIED as irrelevant.

    b. Plaintiffs' Requests Nos. 15-17 are DENIED based on Magistrate Judge Pitman's June 21, 2019 Order.

c. Plaintiffs' Requests Nos. 20-21 are DENIED as overly broad, disproportional, and irrelevant to the pending claims approved by the Honorable Laura Taylor Swain's June 27, 2018 Order.

Dated:   New York, New York
         March 18, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge