UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted a Telephone Conference today, March 24, 2020. The parties' fact discovery deadline is adjourned to Monday, **May 11, 2020**. Defendants are directed to file their reply to Plaintiffs' opposition (ECF No. 190) to Defendants' motion for reconsideration (ECF No. 186) by **Tuesday, March 31, 2020**.

Dated:     New York, New York
             March 24, 2020

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**