UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                   Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                   Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiffs are directed to respond to Defendants' Letter-Motion for a conference (ECF No. 213) by **close of business on Monday, June 22, 2020**.  Defendants do not have to file a reply.  The parties must be prepared to discuss both Plaintiffs' (ECF No. 208) and Defendants' (ECF No. 213) Letter-Motions during the Telephone Conference scheduled for Tuesday, June 23, 2020.

Dated:      New York, New York
              June 19, 2020

                                              SO ORDERED

                                              _/s/ Sarah L. Cave_
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**