UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                   Plaintiffs,

-v-                                              CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

THE CITY OF NEW YORK, et al.,                        **ORDER**

                   Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Thursday, January 7, 2021 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
              December 23, 2020

                                                SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**