# NWOKORO & SCOLA, ESQUIRES

30 Broad Street, Suite 1424
NEW YORK, NY 10004

TEL: 212.785.1060                                                                               FAX: 212.785.1066

January 12, 2021

**VIA ECF**
Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re:   Raymond v. City of New York et al.
      Docket No.: 1:15-CV-06885

Dear Judge Cave,

      I write to the Court to request that Plaintiffs be allowed to file a letter motion requesting a conference to compel discovery under seal. The nature of the discovery stems from the Defendant's production dated November 16, 2020 which has been marked confidential pursuant to the Confidentiality Order entered into by the parties. Given the recent cyber security breach, the undersigned will deliver a hard copy of the letter and exhibits to the Courthouse this week. Plaintiff has served Defense Counsel with a copy of the letter motion.

      A copy of the letter motion and exhibits are attached hereto. and consideration with this matter.

Very truly yours,

/s/

John Scola

---

Plaintiffs' Letter-Motion to Seal (ECF No. 255) is GRANTED. Plaintiffs shall file the documents under seal on ECF in accordance with the Court's Individual Practices and the Southern District of New York's Electronic Case Filing Rules & Instructions, and email the documents to Cave_NYSDchambers@nysd.uscourts.gov (using password-protected PDFs or zip files and sending the password by separate email) in addition to submitting a hard copy of the letter and exhibits to the Court.

The Clerk of Court is respectfully directed to close ECF No. 255.

SO-ORDERED 1/13/2021

SARAH L. CAVE
United States Magistrate Judge