

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **YUVAL RUBINSTEIN**<br>Phone: (212) 356-2467<br>Fax: (212) 356-2439<br>Email: yrubinst@law.nyc.gov |

January 14, 2021

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Raymond v. City of New York, et al.</u>
      Case No. 15-cv-006885 (LTS)(SLC)

Dear Judge Cave:

   I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel for the City of New York, assigned to represent the defendants in the above-captioned action. Pursuant to ¶II(C)(5) of the Court's Individual Practices, defendants respectfully seek leave to file under seal their response to plaintiffs' January 13, 2021 letter motion to compel, which is also being filed under seal. *See* Dkt. 256. Defendants' response references their November 16, 2020 document production that is the subject of plaintiffs' December 1, 2020 motion that was filed under seal. *See* Dkt. 244. Accordingly, defendants respectfully submit that good cause exists to file the response under seal. *See Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006).

   Defendants thank the Court for its attention to this matter.

                Respectfully submitted,

                /s/

                Yuval Rubinstein
                Assistant Corporation Counsel
                Attorney for Defendants

---

Defendants' Letter-Motion to Seal (ECF No. 258) is GRANTED, and Defendants' January 14, 2021 letter response (ECF No. 259) shall remain as only visible to the case participants.

The Clerk of Court is respectfully directed to close ECF No. 258.

SO-ORDERED 1/15/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge