# NWOKORO & SCOLA, ESQUIRES
30 Broad Street, Suite 1424
NEW YORK, NY 10004

_____

TEL: 212.785.1060                                                                                                     FAX: 212.785.1066

January 15, 2021

**VIA ECF**
Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18A
New York, New York 10007

                                            Re:     Raymond v. City of New York et al.
                                                       Docket No.: 1:15-CV-06885

Dear Judge Cave,

      I write to the Court to request that Plaintiffs be allowed to file a reply letter to defendants opposition to Plaintiffs' letter motion to compel discovery under seal. The nature of the discovery stems from the Defendant's production dated November 16, 2020 which has been marked confidential pursuant to the Confidentiality Order entered into by the parties.

                                                          Very truly yours,

                                                          /s/

                                                          John Scola

---

Plaintiffs' Letter-Motion to Seal (ECF No. 261) is GRANTED and Plaintiffs' Reply (ECF No. 262) shall remain as only visible to the case participants.

The Clerk of Court is respectfully directed to close ECF No. 261.

SO-ORDERED 1/19/2021

*SARAH L. CAVE*
United States Magistrate Judge