UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDREWEENE RAYMOND, et al.,

                        Plaintiffs,

        -v-

                                                CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

THE CITY OF NEW YORK, et al.,

                                                        **ORDER**

                        Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

        Before the Court are Plaintiffs' Letter-Motion for Sanctions ("Motion for Sanctions") (ECF

Nos. 243–44, 246–49, 251) and Plaintiffs' Letter-Motion to Compel ("Motion to Compel") (ECF

Nos. 255–56, 259, 262).  Pursuant to the discovery conference held today, February 5, 2021, the

Court orders as follows:

1.  Except as noted further at (4) below, Fact Discovery is REOPENED for the limited purpose

    of permitting Plaintiffs to:  (i) re-depose Defendant Constantin Tsachas; and (ii) depose

    Chief Joseph Fox (ret.) (together, "Final Depositions").

    a.  The Final Depositions are limited in time to one-half day (3.5 hours) each, and

        limited in subject matter to the investigation for which audio recordings and

        additional documents were produced to Plaintiffs on November 16, 2020.  (See

        ECF No. 244 at 1).

    b.  Prior to the Final Depositions, the parties shall meet and confer regarding

        permissible exhibits to be used at the Final Depositions.

2.  The parties' Motions to Seal are GRANTED as follows:

a. Plaintiffs' Letter-Motion to Seal (ECF No. 243) is GRANTED, and accordingly Plaintiffs' Motion for Sanctions (ECF No. 244) shall remain visible only to the case participants.

b. Defendants' Letter-Motion to Seal (ECF No. 246) is GRANTED, and accordingly Defendants' Letter Response in Opposition to Plaintiffs' Motion for Sanctions (ECF No. 247) shall remain visible only to the case participants.

c. Plaintiffs' Letter-Motion to Seal (ECF No. 248) is GRANTED, and accordingly Plaintiffs' Letter Reply in Support of Plaintiffs' Motion for Sanctions (ECF No. 249) shall remain visible only to the case participants.

3. By **Wednesday, February 10, 2021 at 5:00 pm**, counsel for Defendants shall email to the Court (at Cave_NYSDChambers@nysd.uscourts.gov) a password-protected folder containing the complaint concerning the disciplinary investigations referenced in Plaintiffs' Motion to Compel ("Defendants' Ex Parte Submission"). (See ECF No. 256).

4. The Court defers ruling on Plaintiffs' Motion to Compel until after reviewing Defendants' Ex Parte Submission.

The Clerk of Court is respectfully directed to close ECF Nos. 243–44, 246, 248, and 251.

Dated:      New York, New York
            February 5, 2021

                              SO ORDERED

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**