

JAMES E. JOHNSON
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

YUVAL RUBINSTEIN
Labor and Employment Law Division
Telephone: (212) 356-2467
Fax No.: (212) 356-2439
E-mail: yrubinst@law.nyc.gov

May 17, 2021

**By ECF**
Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: <u>Raymond v. The City of New York, et al.</u>
15 CV 6885 (LTS)(SLC)

Dear Judge Swain:

      I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent the defendants the above-captioned action. Pursuant to the Court's March 16, 2021 Order, defendants respectfully request that the Court stay the final pretrial conference scheduled for October 22, 2021, as well as all other pre-trial deadlines, pending the disposition of defendants' motion for summary judgment being filed today. Defendants respectfully submit that their fully dispositive motion is meritorious and will obviate the need for further proceedings and trial. Even if defendants' motion is granted only in part, the Court's decision will likely narrow the issues to be decided at trial, thus conserving the resources of the Court and the jury. Plaintiffs object to defendants' stay request.

      I thank the Court for its consideration of this request.

Application granted. The October 22, 2021, final pretrial conference date shall be kept on the calendar as a control date, and the related deadlines set forth in the Court's pretrial scheduling order dated March 16, 2021 (docket entry no. 269), are adjourned sine die, pending the Court's resolution of Defendants' motion for summary judgment. DE#279 resolved.
SO ORDERED.
Dated: May 18, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

/s/

Yuval Rubinstein
Assistant Corporation Counsel

cc: John A. Scola, Esq. (By ECF)
     Emeka Nwokoro, Esq. (By ECF)

- 2 -