UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDREWEENE RAYMOND et al.,

        Plaintiffs,

-v-                                          No. 15-CV-6885-LTS-HBP

THE CITY OF NEW YORK et al.,

        Defendants.
-------------------------------------------------------------x

## ORDER

In light of the pending motion, the pretrial conference scheduled for October 22, 2021, is rescheduled to **January 7, 2022, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       October 4, 2021

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge