```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDREWEENE RAYMOND et al.,

                Plaintiffs,

        -v-                                          No. 15-CV-6885-LTS-HBP

THE CITY OF NEW YORK et al.,

                Defendants.
-------------------------------------------------------------x
```

## ORDER

In light of the pending motion, the pretrial conference scheduled for January 7, 2022, is rescheduled to **April 8, 2022, at 11:00 a.m.** in Courtroom 17C.

  SO ORDERED.

Dated:  New York, New York
        January 3, 2022

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge