UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

EDREWEENE RAYMOND, et al.,

        Plaintiffs,

  -v-                                                                 No. 15-CV-6885-LTS-SLC

THE CITY OF NEW YORK, et al.,

        Defendants.

-------------------------------------------------------x

## Order

The Court has received and reviewed Plaintiffs' submissions in opposition to Defendants' pending motion for summary judgment (docket entry no. 275). It appears that the declaration of John Scola (docket entry no. 304) contains those portions of the record cited in Plaintiffs' Statement pursuant to Local Civil Rule 56.1 (docket entry no. 298), but does not contain many of those portions of the record cited in Plaintiffs' opposition brief (docket entry no. 300) and supplemental opposition brief (docket entry no. 306). The Court therefore directs Plaintiffs to supplement the record with a further declaration, attaching only those portions of the record cited to in Plaintiffs' opposition brief and supplemental opposition brief, no later than **February 11, 2022**.

    SO ORDERED.

Dated: New York, New York
       February 8, 2022

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge