UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDREWEENE RAYMOND et al.,

        Plaintiffs,

-v-                                        No. 15-CV-6885-LTS-HBP

THE CITY OF NEW YORK et al.,

        Defendants.
-------------------------------------------------------------x

## ORDER

In light of the pending motion, the pretrial conference scheduled for April 8, 2022, is rescheduled to **July 8, 2022, at 10:30 a.m.** in Courtroom 17C.

    SO ORDERED.

Dated: New York, New York
       March 22, 2022

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge