UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDREWEENE RAYMOND et al.,

        Plaintiffs,

-v-                                                  No. 15-CV-6885-LTS-HBP

THE CITY OF NEW YORK et al.,

        Defendants.
-------------------------------------------------------------x

## ORDER

In light of the pending motion, the final pretrial conference scheduled for July 8, 2022, is rescheduled to **October 14, 2022, at 11:00 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
           June 23, 2022

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge