UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MARIANNE T. O'TOOLE, SOLELY AS
CHAPTER 7 TRUSTEE OF THE ESTATE
OF PEDRO SERRANO, and SANDY
GONZALEZ,

      Plaintiffs,

 -v-                                        No. 15-CV-6885-LTS-SLC

THE CITY OF NEW YORK, WILLIAM J.
BRATTON, and CHRISTOPHER
McCORMACK,

      Defendants.

-------------------------------------------------------x

## Order

In light of the parties' ongoing dispute over, <u>inter alia</u>, whether Plaintiffs should be granted leave to amend their complaint, and whether certain discovery-related orders and sanctions should be imposed, the Court adjourns its pretrial submission deadlines and the Final Pretrial Conference date pending resolution of the aforementioned disputes by Magistrate Judge Sarah L. Cave. The pending motion in limine at docket entry no. 331 is dismissed without prejudice to renewal.

    SO ORDERED.

Dated: New York, New York
       September 29, 2022

                                                 /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge