UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE T. O'TOOLE, SOLELY AS CHAPTER 7 TRUSTEE OF THE ESTATE OF PEDRO SERRANO, and SANDY GONZALEZ,

                    Plaintiffs,

-v-

THE CITY OF NEW YORK, WILLIAM J. BRATTON, and CHRISTOPHER McCORMACK,

                    Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

By **5:00 p.m., Wednesday, November 9, 2022**, Plaintiffs shall file a redlined copy of the proposed Third Amended Complaint, reflecting proposed changes as compared to the Second Amended Complaint.  (ECF No. 87).

Dated:    New York, New York
           November 9, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**