UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE T. O'TOOLE, SOLELY AS CHAPTER 7 TRUSTEE OF THE ESTATE OF PEDRO SERRANO, and SANDY GONZALEZ,

                          Plaintiffs,

-v-

THE CITY OF NEW YORK, WILLIAM J. BRATTON, and CHRISTOPHER McCORMACK,

                          Defendants.

CIVIL ACTION NO.: 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the oral argument held today, November 14, 2022 (the "Oral Argument"), the Court orders as follows:

1. By **Thursday, November 17, 2022**, Plaintiffs shall advise Defendants how they intend to proceed regarding Plaintiff Serrano's claims under the New York State and New York City Human Rights Laws based on alleged First Amendment retaliation.

2. By **Monday, November 21, 2022**, Defendants shall file a letter advising the Court whether they are amenable to stipulating to Plaintiffs' proposed third amended complaint (ECF No. 436-1), and re-opening limited discovery as the Court outlined during the Oral Argument.

3. The parties shall order a transcript of the Oral Argument and file it on the docket. The parties shall complete the annexed transcript request form and submit one request to: etranscripts@nysd.uscourts.gov, by **Tuesday, November 15, 2022**.

Dated:    New York, New York
             November 14, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |