UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARIANNE O'TOOLE, et al.,

                         Plaintiffs,

     -v-                                             CIVIL ACTION NO. 15 Civ. 6885 (LTS) (SLC)

CITY OF NEW YORK, et al.,                              **ORDER**

                        Defendants.
_____

**SARAH L. CAVE,** United States Magistrate Judge.

      A telephone conference is scheduled for **Thursday, January 18, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their willingness and availability for a settlement conference with the Court. By **January 12, 2024**, Plaintiffs shall make a settlement demand (or reaffirm any prior demand) to Defendants.

Dated:      New York, New York
               January 3, 2024

                                                 SO ORDERED.

                                                 _____
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**