

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEPHEN M. SUHOVSKY**
*Assistant Corporation Counsel*
phone: (212) 356-1177
ssuhovsk@law.nyc.gov

---

> The request at ECF No. 373 is GRANTED. The telephone conference scheduled for January 18, 2024 (ECF No. 372) is ADJOURNED to **Monday, February 12, 2024 at 2:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 373.
>
> SO ORDERED.    1/12/2024
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, 18A
New York, New York 10007

Re:    Marianne O'Toole v. City of New York et al
        15-cv-6885 (LTS)(SLC)

Dear Judge Cave:

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent The City of New York ("Defendant"). I write seeking the Court's permission to adjourn the conference currently scheduled for January 18, 2024. The undersigned will be leaving the Law Department with my last day scheduled for January 17, 2024. The additional time will allow the newly assigned Assistant Corporation Counsel, Ernst Bonaparte, sufficient time to review the case and speak with our clients about the prospect of taking part in a settlement conference. This will also allow ACC Bonaparte to partake in a fruitful discussion with the Court and Plaintiff's counsel about the willingness to partake in a settlement conference. Plaintiff's counsel, John Scola, has consented to this adjournment request.

    For the above-mentioned reasons, the undersigned respectfully requests that the conference scheduled for January 18, 2024 be adjourned to a date after February 7, 2024 to a date that is convenient for this Court

    Thank you for your consideration herein.

Respectfully submitted,

*/s/ Stephen M. Suhovsky*

Stephen M. Suhovsky