UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE O'TOOLE, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | CIVIL ACTION NO. 15 Civ. 6885 (LTS) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephone conference scheduled for Monday, February 12, 2024 at 2:00 p.m. is RESCHEDULED to **Monday, February 12, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         January 12, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge