UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE O'TOOLE, et al.,

                              Plaintiffs,

    -v-                                            CIVIL ACTION NO. 15 Civ. 6885 (LTS) (SLC)

CITY OF NEW YORK, et al.,                                    **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    On February 12, 2024, the Court ordered that, "[b]y **February 26, 2024**, the parties shall meet and confer and file a joint letter (i) presenting any open discovery issues, and (ii) setting forth their position(s) as to whether a settlement conference would be productive, i.e., whether the parties' settlement positions have materially changed since the last settlement conference on August 15, 2022 such that the parties believe the Court's assistance maybe helpful in achieving a settlement." (ECF No. 376).  The parties did not file a joint letter by the deadline and therefore did not comply with the Court's Order.

    As a one-time courtesy, the Court sua sponte extends to **February 27, 2024** the parties' deadline to do so.  The parties are warned that any continued failure to comply with the Court's Orders—including this Order—may result in sanctions.

Dated:    New York, New York
          February 27, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2