UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE O'TOOLE, <u>et al.</u>,

                      Plaintiffs,

    -v-                                          CIVIL ACTION NO. 15 Civ. 6885 (LTS) (SLC)

CITY OF NEW YORK, <u>et al.</u>,                          <u>**ORDER**</u>

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 15, 2024, the Court directed the parties to meet and confer and file by May 7, 2024 a joint status letter reporting on the status of fact discovery and settlement (the "Letter"). (ECF No. 384). The parties did not file the Letter by the Court-ordered deadline. As a courtesy to the parties, the Court <u>sua sponte</u> extends this deadline and directs the parties to file the Letter **by May 9, 2024**. The parties are warned, as they were in February 2024, that any continued failure to comply with the Court's Orders—including this Order—may result in sanctions.

Dated:        New York, New York
               May 8, 2024

                                                       SO ORDERED.

                                                       _____
                                                       **SARAH L. CAVE**
                                                       **United States Magistrate Judge**