UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE O'TOOLE, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 15 Civ. 6885 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' Letter at ECF No. 398 and orders as follows:

1. Plaintiffs' unopposed request to file the Third Amended Complaint (the "TAC")—an issue previously addressed in the undersigned's December 2, 2022 Report and Recommendation (ECF No. 363), which the Honorable Laura Taylor Swain adopted in full (see ECF No. 371)—is GRANTED. Plaintiffs shall file the TAC by **tomorrow, Friday, December 6, 2024** and promptly serve it on Defendant Raymond Kelly. Within 30 days of service, Defendants shall file an answer to the TAC.

2. By **12:00 p.m. on Friday, December 13, 2024**, the parties shall file a joint status letter regarding Plaintiffs' post-deposition demands.

Dated:    New York, New York
           December 5, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge