UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Marianne T. O'Toole et al,

                Plaintiff(s),            15CV6885-LTS-SLC

    -v-

The City of New York et al,

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the recent endorsed status report (DE #422 and 423), the final pretrial conference scheduled for June 6, 2025, is rescheduled to **September 5, 2025, at 10:00 a.m.** in Courtroom 17C. Once the parties file a stipulation of discontinuance, the final pretrial conference will be cancelled.

SO ORDERED.

Dated: New York, New York
May 30, 2025

                                            /s/ *Laura Taylor Swain*
                                            LAURA TAYLOR SWAIN
                                            United States District Judge