

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**Susan P. Scharfstein**
*Labor & Employment Law Division*
*212-356-2355*
*sscharfs@law.nyc.gov*

January 30, 2026

Honorable Laura Taylor Swain *(by ECF)*
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    O'Toole, et al. v. City of New York, et al., 15-cv-6885 (LTS) (SLC)

Dear Judge Swain:

      I write jointly with counsel for plaintiff to provide a further update on the status of the settlement of this action pursuant to the Court's December 1, 2025 Order.

      As previously reported, the settlement with plaintiff Sandy Gonzalez has been concluded. With regard to plaintiff Pedro Serrano, who filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, and for whom Marianne T. O'Toole has been substituted as plaintiff in her capacity as the court-appointed Chapter 7 Trustee of Mr. Serrano's bankruptcy estate, the United States Bankruptcy Court for the Southern District of New York approved the terms of the parties' settlement agreement by Order of January 20, 2026. By operation of law, the Bankruptcy Court's Order will become final and unappealable on February 4, 2026.

      Once the Bankruptcy Court Order has become final and unappealable and the City has received from plaintiff the originals of the remaining documents as required by the parties' settlement agreement, the City will arrange for payment to the Bankruptcy Trustee pursuant to the terms of the agreement. Once payment has been made, which we currently anticipate will be in early March, the parties will submit to this Court a stipulation and proposed order of dismissal so that this matter may be closed.

      I thank the Court for consideration of this matter.

            Respectfully submitted,

            */s/Susan P. Scharfstein*

            Susan P. Scharfstein

- 2 -

cc:   John Scola, Esq. *(by ECF)*

- 2 -