

**STEVEN BANKS**
*Corporation Counsel*

THE          YORK
LAW DEPARTMENT
**100 CHURCH STREET
NEW YORK, NY 10007**

**Susan P. Scharfstein**
*Labor & Employment Law Division*
*212-356-2355*
*sscharfs@law.nyc.gov*

March 31, 2026

Honorable Laura Taylor Swain *(by ECF)*
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     O'Toole, et al. v. City of New York, et al., 15-cv-6885 (LTS) (SLC)

Dear Judge Swain:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, counsel for defendants in this action. I write jointly with counsel for plaintiff to provide a further update on the status of the settlement of this action pursuant to the Court's February 3, 2026 Order.

The parties wish to advise the Court that the settlement has now been paid to plaintiff Marianne O'Toole in her capacity as the court-appointed Chapter 7 Trustee of Pedro Serrano's bankruptcy estate, pursuant to the approval of the terms of the parties' settlement agreement by the United States Bankruptcy Court for the Southern District of New York on January 20, 2026. As a result, the claims of the last remaining plaintiff in this action, Marianne O'Toole, as Chapter 7 Trustee of the bankruptcy estate of Pedro Serrano, have now been resolved.

Accordingly, annexed hereto is a stipulation of dismissal with prejudice as to plaintiff Marianne O'Toole's claims against all defendants, which has been fully executed by counsel. The parties ask that the Court "So Order" the annexed stipulation so that this matter may be closed.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Susan P. Scharfstein

Susan P. Scharfstein

- 2 -

cc:   John Scola, Esq. *(by ECF)*

- 2 -